# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159194(83)(84)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERNESTO EVARISTO URIBE,
      Defendant-Appellant.
_____/

SC: 159194
COA: 338586
Eaton CC: 13-020404-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on September 25, 2020, is accepted as timely filed. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED IN PART. Plaintiff-appellee is given a 28-day extension for filing its supplemental brief, not the 194-day extension requested. The supplemental brief is due on or before November 13, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk